UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE POWELL, | ) | No. CV 11-4074 RGK (FFM) |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| LOS ANGELES COUNTY JAIL, | ) | |
| Defendant. | ) | |

On September 2, 2011, this Court ordered plaintiff to file his second amended complaint on or before October 3, 2011. As of this date, plaintiff has not complied with this Court's order.

IT THEREFORE IS ORDERED that, on or before November 2, 2011, petitioner shall either file a second amended complaint or show cause in writing, if any he has, why this case should not be dismissed for failure to prosecute. A failure to comply with this order will be interpreted as consent to the dismissal of the action.

DATED: October 20, 2011

                                              /S/ FREDERICK F. MUMM
                                              FREDERICK F. MUMM
                                       United States Magistrate Judge