UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE POWELL,             )<br>                                        )<br>        Plaintiff,            )<br>                                        )<br>        v.                         )<br>                                        )<br>LOS ANGELES COUNTY JAIL,  )<br>                                        )<br>        Defendant.          )<br>_____ ) | Case No. CV 11-4074 RGK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed with prejudice.

DATED: January 13, 2012

*Gary Klausner*

R. GARY KLAUSNER
United States District Judge